## WILLIAM S. HITCH *vs.* CHARLES T. GRAY & CO.

Sussex County, April Term, 1895.

**Justice of the Peace. Service of Process. Certiorari.**—Service of summons from a Justice of the Peace by copy left " at the defendant's office in Laurel with his clerk " is invalid.

**Justice of the Peace. Certiorari.**—Where an action is brought by and judgment entered for several persons as partners without setting forth their individual names it is invalid.

This was a *certiorari* directed to John H. Satterfield, a Justice of the Peace in Sussex county. The record showed an action of account brought by Charles T. Gray & Co. against William S. Hitch.

*Richardson,* for the defendant, filed exceptions to the judgment, of which the second exception was that it did not appear from the record that the summons was served personally upon the exceptant, nor a copy thereof left at his usual place of abode in the presence of some person, but " served by copy left at the defendant's office in Laurel with his clerk." The fourth exception was that the action was brought by and judgment entered for several parties as partners without setting out their individual names.

PER CURIAM. Both exceptions are fatal and the judgment must be reversed.